IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOHN WILEY BRYANT AND JANET | § | CASE NO. 17-30465-bjh11 |
| ELIZABETH BRYAN FKA JANET | § | |
| ELIZABETH WATTS, | § | Chapter 11 |
|    Debtors | § | |

## APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD

Appellee Franklin Credit Management Corporation as servicer for Deutsche Bank National Trust Company, as Certificate Trustee on behalf of Bosco Credit II Trust Series 2010-1 (hereinafter "Appellee") files this its *Designation of Additional Items for the Record*, pursuant to Fed. R. Bankr. P. 8009(a)(2), and respectfully shows the Court as follows:

Appellee designates the following additional items to be included in the record on appeal:

1. ECF Docket No. 45 – *Motion to Compel Creditor's Deposition*

2. ECF Docket No. 52 – *Motion for Protective Order*

3. ECF Docket No. 53 – *Motion to Quash*

4. ECF Docket No. 57 – *Objection to Motion for Protective Order*

5. ECF Docket No. 59 – *Witness and Exhibit List filed by Debtors*

6. ECF Docket No. 60 – *Response to Motion to Compel Creditor's Deposition*

7. ECF Docket No. 62 – *Agreed Order*

8. ECF Docket No. 158 – *Court admitted exhibits date of hearing 3/21/2019*

9. Claims Register No. 8 – *Claim #8 filed by Franklin Credit Management Corporation*

10. Appellee's Exhibits admitted at hearing held on March 21, 2019

Respectfully submitted,

By: */s/ Stephen Wu*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**STEPHEN WU**
Texas Bar No. 24042396
swu@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**ATTORNEYS FOR APPELLEE**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent via ECF on May 28, 2019, upon the following:

**ROSA R. ORENSTEIN**
1910 PACIFIC AVE
SUITE 8040
DALLAS, TX, TX 75201
Attorney for Debtors

**KEITH WILLIAM HARVEY**
THE HARVEY LAW FIRM, P.C.
6510 ABRAMS ROAD SUITE 280
DALLAS, TX 75231
Attorney for Debtors

  */s/ Stephen Wu*
STEPHEN WU